THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Raymond Mays
and Michael Carr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MAYS and MICHAEL CARR,<br><br>     Plaintiffs,<br><br>v.<br><br>HI WAY 99 INDUSTRIAL SITES, LLC,<br><br>     Defendant.<br>_____/ | Case No.  2:10-1560 JAM-GGH<br><br>STIPULATION OF DISMISSAL; ORDER |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

2:10-1560 JAM-GGH                    1

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 18 months after the date hereof.

Date:   September 12, 2011                    Date:  September 12, 2011


S/Christopher K. Eley,                        S/Thomas N. Stewart, III,
Attorney for Defendants                       Attorney for Plaintiffs


IT IS SO ORDERED:


Dated: September 12, 2011              /s/ John A. Mendez
                                       U. S. DISTRICT COURT JUDGE